UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Will of JOHN R. PETERS, Deceased, Respondent, *v.* DE WITT C. PETERS et al., Respondents, and MARIE L. DE CHEFDEBIEN, Appellant.

*U. S. Trust Co. of N. Y.* v. *Peters,* 180 App. Div. 186, affirmed.
(Submitted October 4, 1918; decided October 22, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1917, which modified and affirmed as modified a judgment of Special Term construing the will of John R. Peters, deceased. The question presented was whether the children of John R. Peters took vested interests in remainder in the trust estate created by him by his will or whether such interests were subject to be divested by the death of such children before the expiration of the trust term. The Special Term held that the remainder interests vested in the testator's children immediately on the death of the testator and that consequently the legatees and devisees under the will of a deceased child were entitled to share in the trust estate. The Appellate Division modified the judgment entered at Special Term and decided that the remainder interests of the children were subject to be divested by their death before the termination of the trust.

*Achilles H. Kohn* for appellant.

*George L. Shearer* and *William A. W. Stewart* for plaintiff, respondent.

*John De Witt Warner* for De Witt C. Peters, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.